05-CV-05420-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 21 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED _____ LODGED
_____ RECEIVED

JUN 22 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

C05 5420 RBL

| | |
|---|---|
| G.R., by his next friend and stepmother, CHERYL WINNEY, and the WASHINGTON PROTECTION AND ADVOCACY SYSTEM, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; <br><br> ROBIN ARNOLD WILLIAMS, in her official capacity as Secretary for the State of Washington Department of Social and Health Services; <br><br> LINDA ROLFE, in her official capacity as the Director of the Division of Developmental Disabilities, <br><br> Defendants. | ORDER ALLOWING FILING UNDER SEAL <br> (Proposed) |

This matter having come before the Court upon the Motion to File Under Seal, and having reviewed all of the files, documents, and briefs filed herein and heard all of the arguments of counsel, it is hereby ORDERED, ADJUDGED, and DECREED that pursuant to CR 5(g), the parties shall file documents, as specified in this Order, under seal in the above-captioned matter. It is further ORDERED that the documents to be filed under seal include any and all documents that contain:

ORDER ALLOWING FILING UNDER SEAL - 1

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

1.     1.     information or facts identifying an individual as a person with a developmental

2.            disability, and being eligible for services for the Division of Developmental

3.            Disabilities, and services received as a result of this eligibility; and

4.     2.     information or facts identifying an individual as a person with a mental illness,

5.            including diagnosis with mental illness, eligibility for services and treatment for

6.            mental illness, including, but not limited to civil commitment.

7. Dated this 22d day of June, 2005.

8.

9.                              _____
                                   Judge

10.                              United States District Court

11. Presented by:

12. Washington Protection & Advocacy System

13.

14. _____
Deborah A. Dorfman, WSBA #23823
David B. Girard, WSBA #17658

15. Attorneys for Plaintiffs

ORDER ALLOWING FILING UNDER SEAL - 2

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729